Richard M. Garbarini (RG 5496)
GARBARINI FITZGERALD P.C.
250 Park Ave, 7th Floor
New York, New York 10177
Phone: (212) 300-5358
Fax: (888) 265-7054

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| CHARMING BEATS LLC, | Case No.: 23-cv-3946 |
| Plaintiff, | **NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO Fed.R.Civ.P 41 (a)(1)(A)(i)** |
| v. | |
| PENGUIN RANDOM HOUSE LLC, | |
| Defendant. | |

-----------------------------------------------------------------x

Pursuant to Fed.R.Civ.P 41 (a)(1)(A)(i) plaintiff dismisses the above-captioned matter with prejudice. Each party is responsible for its own attorneys' fees and costs.

Dated: June 23, 2023
       New York, New York

_____
Richard M. Garbarini (RG 5496)